UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MICHAEL R. MCNEIL,**

    **Plaintiff,**

**v.**                                       **Case No: 6:19-cv-249-Orl-41EJK**

**HOUDA I. NAKHLA and WAFIEK B. NAKHLA,**

    **Defendants.**

                                            /

**ORDER**

THIS CAUSE is before the Court on the Complaint (Doc. 1). On July 24, 2019, United States Magistrate Judge Thomas B. Smith issued a Report and Recommendation (Doc. 24), in which he recommends dismissing the case without prejudice due to Plaintiff's failure to serve the remaining Defendants.

After a *de novo* review of the record, and noting that no objections were timely filed, the Court agrees entirely with the Report and Recommendation. It is therefore **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 24) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. This case is **DISMISSED without prejudice.**

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on August 12, 2019.



Copies furnished to:

Counsel of Record